222 So.2d 885

**STATE of Louisiana**

v.

**SUMMIT FIDELITY AND SURETY COMPANY et al.**

No. 49915.

June 9, 1969.

In re: Summit Fidelity and Surety Company et al. applying for writs of certiorari, prohibition and mandamus.

Writs denied. The showing made in the application is insufficient to warrant the exercise of either our supervisory or original jurisdiction.

222 So.2d 885

**Mrs. Violet Rose FOY, Individually and as Tutrix of her Minor Children, Tommy Ray Foy, Scotty Joe Foy and LeRoy Foy**

v.

**ED TAUSSIG, INC., and Travelers Insurance Company and Eddie L. Ellzey and Rufus LaPointe.**

No. 49833.

June 9, 1969.

In re: Mrs. Violet Rose Foy, etc. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 220 So.2d 229.

The application is denied. According to the facts of this case as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

SUMMERS, J., is of the opinion the writ should be granted.